IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| MONTE A. ISSAC, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | NO. 3:21-cv-00579 | |
| | ) | | |
| BROADCAST MUSIC, INC., et al., | ) | JUDGE CAMPBELL | |
| | ) | MAGISTRATE JUDGE HOLMES | |
| Defendants. | ) | | |

## ORDER

Pending before the Court are Plaintiff's Notices of Dismissal (Doc. Nos. 27, 28), seeking dismissal with prejudice of Plaintiff's claims against Defendants Broadcast Music, Inc. and Round Hill Music LP. In the notices, Plaintiff cites to Fed. R. Civ. P. 41, but that rule applies to the dismissal of actions, not parties. Accordingly, pursuant to Fed. R. Civ. P. 21, the Court **DISMISSES** Defendants Broadcast Music, Inc. and Round Hill Music LP with prejudice.

It appears that Plaintiff's Amended Complaint (Doc. No. 16) did not include William Haynes as a Defendant in this matter. If this is not the case, Plaintiff shall file a notice with the Court on or before December 20, 2021.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE